Clarence Hartman, Appellant, v. Henry Schwarzwalder, Respondent, Impleaded with August Finck.— Judgment and order affirmed, with costs. No opinion.

James Riker and Amelia C. Riker, Plaintiffs, v. Eliza Jane Moadinger and Others, Defendants, Impleaded with Anna E. Crump and Others, Appellants, Respondents. Charles F. Moadinger, Receiver, Respondent, Appellant.— Judgment modified by reducing the amount to be paid over by the receiver by $417.06, and as so modified affirmed, without costs. No opinion. Settle order on notice.

James Malloy and Others, Respondents, v. John O'Brien and John C. Sheehan, Appellants.— Judgment affirmed, with costs. No opinion.

William Gardam & Son, Respondent, v. James G. Batterson, Appellant.— Judgment and order affirmed, with costs. No opinion.

Samuel Diamond, Respondent, v. Joseph Abrahams, Appellant.— Judgment and order affirmed, with costs. No opinion.

John V. Schaefer, Jr., and Company, Respondent, v. Roland R. Conklin, Appellant.— Judgment and order affirmed, with costs. No opinion.

James Malloy and Others, Doing Business as James Malloy & Company, Respondents, v. John O'Brien and John C. Sheehan, Appellants.— Judgment and order affirmed, with costs. No opinion.

Joseph Varga, Respondent, v. Ludmila Varga, Appellant.— Judgment and order affirmed, with costs. No opinion.

William H. McElfatrick, Individually and as Sole Surviving Partner of the Firm of J. B. McElfatrick & Son, and as Executor, etc., of John B. McElfatrick, Deceased, Respondent, v. Margarette E. McElfatrick, Individually and as Executrix, etc., of John B. McElfatrick, Deceased, Appellant, Impleaded with Halsey C. De Baud.—Judgment affirmed, with costs. No opinion. (Ingraham and McLaughlin, JJ., dissenting.)

Hudson Trust Company, Appellant, v. W. C. Prather Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. (Ingraham and Houghton, JJ., dissenting.)

Frank H. Becker, Appellant, v. Union Railway Company of New York City, Respondent.— Judgment and order affirmed, with costs. No opinion.

Kathrine C. Gould, Appellant, v. Howard Gould, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Transfer Tax upon the Trust Estate Created by Benjamin Hart, by Deed of Trust Dated October 31, 1894. The Comptroller of the State of New York, Appellant; United States Trust Company of New York and Isabel Hart Guillemin, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Julia Seton Sears, Appellant, v. Peter B. Finney, as Chairman of the Board of Election Inspectors of the Seventh Election District of the Twenty-seventh Assembly District in the County of New York (Borough of Manhattan), and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Richard V. Mattison, Jr., Respondent, v. Agnes C. Mattison, Respondent. Charles F. Wainwright, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Houghton, J., dissenting.)